UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MIGUEL DIAZ,

                              Petitioner,

                        v.

UNITED STATES OF AMERICA, The People of
New York State,

                              Respondent.
_____

DECISION AND ORDER

21-CV-6103L

*Pro Se* Petitioner Miguel Diaz, a state prisoner currently confined at the Attica Correctional Facility, has submitted a document entitled, "Emergency COVI[D] Motion for Compassionate Release" under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018 (hereinafter "First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194. (Dkt. #1). Petitioner seeks immediate release from incarceration in the state facility due to the alleged danger he faces if he contracts COVID-19 while in custody.

As stated above, Petitioner files his Motion under the First Step Act, which allows federal inmates, under certain circumstances, to seek a modification of the term of imprisonment, including a term of probation or supervised release. *Id.* The Act applies, however, only to inmates serving federal sentences pursuant to a federal conviction for a violation of a federal criminal law, not to state prisoners serving state sentences. *See generally United States v. Echeverry*, 978 F.3d 857, 859 (2d Cir. 2020) ("The statute defines the term 'covered offense' to mean 'a violation of a Federal criminal statute.'"). Accordingly, Petitioner is not entitled to relief under the First Step Act, and the Petition must be dismissed.

## CONCLUSION

Petitioner's motion for release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED and the case is DISMISSED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
February 11, 2021.